

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00045-CV

**IN THE INTEREST OF J.B.P.** a/k/a J.B.S., J.J.M., and J.R.P., Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02425
Honorable Martha Tanner, Judge Presiding

## O R D E R

The Department's brief is due on April 19, 2022. *See* TEX. R. APP. P. 38.6(b). On the due date, the Department moved for a three-day extension of time to file its brief.

The motion is granted. The Department's brief is due on April 22, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court